# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST, *et al.*,

Plaintiffs,

vs.

PROJECTION VIDEO SERVICES, INC.,

Defendant.

Case No.: 2:17-cv-00846-GMN-CWH

**ORDER**

Pending before the Court is the Report and Recommendation of the Honorable United States Magistrate Judge Carl Hoffman, Jr., (ECF No. 12), which recommends that Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada ("IATSE"), Local 720 Pension Trust ("Board of Trustees"), and Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust's (the "Trust) (collectively "Plaintiffs") Motion for Default Judgment, (ECF No. 11), be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge.

28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 12), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment, (ECF No. 11), is **GRANTED**.

**IT IS FURTHER ORDERED** that Judgment shall be entered in favor of all Plaintiffs against Defendant Projection Video Services, Inc. in the amount of $24,860.

**DATED** this 20 day of February, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court